UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAZEMA HERNANDEZ, | Case No.   1:26-cv-04263-KES-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO EXTENDED DEFENDANT LENDINGCLUB BANK'S TIME TO RESPOND TO COMPLAINT BY 28 DAYS |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION, LLC, AND LENDINGCLUB BANK, | |
| | (ECF No. 9) |
| Defendants. | |

On June 23, 2026, Defendant LendingClub Bank and Plaintiff Irazema Hernandez filed a stipulation to extended Defendant LendingClub Bank's time to respond to the complaint by twenty-eight (28) days. (ECF No. 9). The stipulation provides the following

Plaintiff Irazema Hernandez ("Plaintiff") filed her Complaint against Defendant LendingClub Bank, National Association (erroneously sued as LendingClub Bank) ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

Plaintiff filed this action on June 4, 2026;

Defendant was served with the Summons and Complaint on June 11, 2026;

Pursuant to Fed. R. Civ. Proc. 12(a)(1)(A)(i), Defendant's current deadline to respond to the Complaint is July 2, 2026;

Now, therefore, IT IS HEREBY STIPULATED by and between the parties pursuant to Local Rule 144(a) that Defendant may have an additional 28 days to respond to the Complaint, or until July 30, 2026.

1

(*Id.*).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant LendingClub Bank's response to the complaint is due no lather than July 30, 2026.

**IT IS SO ORDERED.**

**DATED:   June 24, 2026**          /s/ *Eric P. Grog*

**UNITED STATES MAGISTRATE JUDGE**

2