UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IRAZEMA HERNANDEZ,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION, LLC, AND LENDINGCLUB BANK,

Defendants.

Case No.   1:26-cv-04263-KES-EPG

ORDER GRANTING STIPULATION TO EXTENDED DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TIME TO RESPOND TO COMPLAINT BY 28 DAYS (L.R. 144)

(ECF No. 12)

On July 1, 2026, Defendant Experian Information Solutions, Inc and Plaintiff Irazema Hernandez filed a stipulation to extend Defendant Experian Information Solutions, Inc time to respond to the complaint by twenty-eight (28) days. (ECF No. 12). The stipulation provides the following

Pursuant to Local Rule 144(a), IT IS HEREBY STIPULATED by and between Plaintiff Irazema Hernandez ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, that:

WHEREAS, on June 4, 2026, Plaintiff filed the Complaint in this Court;

WHEREAS on June 12, 2026, Plaintiff served Experian by certified mail with the Summons and Complaint;

WHEREAS, pursuant to the Federal Rules of Civil Procedure 12(a), Experian's deadline to answer or present other defenses or objections to Plaintiff's Complaint is June 6, 2026;

WHEREAS, to facilitate settlement discussions, Plaintiff and Experian hereby stipulate

1

that Experian shall have an additional 28 days, up through and including August 3, 2026, to answer, object, or otherwise respond to Plaintiff's Complaint; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, Plaintiff and Experian hereby stipulate and agree to extend the time for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, up through and including August 3, 2026.

(*Id.*).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Experian Information Solutions, Inc response to the complaint is due no later than August 3, 2026.

**IT IS SO ORDERED.**

**DATED:   July 2, 2026**          /s/ *Erica P. Grosjean*
                                    **UNITED STATES MAGISTRATE JUDGE**

2