UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAZEMA HERNANDEZ, | Case No.   1:26-cv-04263-KES-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO EXTEND DEFENDANT TRANS UNION, LLC TIME TO RESPOND TO COMPLAINT BY 28 DAYS |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION, LLC, AND LENDINGCLUB BANK, | |
| | (ECF No. 14) |
| Defendants. | |

On July 2, 2026, Defendant Trans Union, LLC. and Plaintiff Irazema Hernandez filed a stipulation to extend Defendant Trans Union, LLC's time to respond to the complaint by twenty-eight (28) days. (ECF No. 14). The stipulation provides the following

Plaintiff, Irazema Hernandez ("Plaintiff") and Trans Union LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows, pursuant to Local Rule 144:

1. Plaintiff filed the Complaint with the Court on June 4, 2026;
2. The Complaint was served on Defendant Trans Union LLC on June 16, 2026;
3. Presently, Trans Union LLC's response to Plaintiff's Complaint is due on July 6, 2026.
4. Currently, Plaintiff and Trans Union are actively engaged in case resolution negotiations.
5. Plaintiff does not oppose an extension of Trans Union LLC's time to respond to the Complaint so that the parties may devote their energies to resolving this matter. Pursuant to Local Rule 144, the Parties respectfully request the Court for an extension of time to file its responsive pleading for 28 days, which is up to and including August 3, 2026.
6. The Stipulation is not for delay.
7. There has not been any previous extension of time to respond to the Complaint.

1

NOW THEREFORE, THE UNDERSIGNED PARTIES STIPULATE as follows:

1. That the deadline for Defendant Trans Union LLC to file its respond to Plaintiff's Complaint shall be extended by 28 days, to August 3, 2026.

(*Id.*).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Trans Union LLC's response to the complaint is due no later than August 3, 2026.

IT IS SO ORDERED.

Dated:   **July 7, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2