UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IRAZEMA HERNANDEZ,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

Defendants.

Case No. 1:26-cv-04263-KES-EPG

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

(ECF No. 26)

On September 2, 2026, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as to Defendant Equifax Information Services, LLC. (ECF No. 26). In light of the filing, this action against Defendant Equifax Information Services, LLC has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice.

Accordingly, the Clerk of Court is directed to terminate Equifax Information Services, LLC as a defendant.

IT IS SO ORDERED.

Dated: **September 3, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE