UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAZEMA HERNANDEZ,<br>Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br>Defendants. | Case No. 1:26-cv-04263-KES-EPG<br>ORDER REGARDING STIPULATION OF DISMISSAL AS TO DEFENDANT LENDING CLUB BANK<br>(ECF No. 28) |

On September 3, 2026, Plaintiff Irazema Hernandez and Defendant Lending Club Bank filed a joint stipulation dismissing this action with prejudice as to Defendant Lending Club Bank, with each party to bear their own attorney fees and costs. (ECF No. 28). In light of the parties' stipulation, this action against Defendant Lending Club Bank has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: **September 4, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE