UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IRAZEMA HERNANDEZ,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

Defendants.

Case No. 1:26-cv-04263-KES-EPG

ORDER REGARDING STIPULATION OF DISMISSAL AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC

(ECF No. 31)

On September 21, 2026, Plaintiff Irazema Hernandez and Defendants Experian Information Solutions, Inc. and Trans Union LLC filed a joint stipulation dismissing this action with prejudice, with each party to bear their own attorney fees and costs. (ECF No. 31). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 22, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE